IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW GUNNIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV268-MEF |
| | )   WO |
| STATE FARM, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

The court has reviewed Leitman, Siegal & Payne, P.C.'s Motion to Quash and Objection to Defendant State Farm Fire & Casualty Co.'s Deposition Subpoena Duces Tecum (Doc. #45) and the Defendant, State Farm Fire & Casualty Company's Response to Leitman, Siegal & Payne, P.C.'s Motion to Quash and Objection to State Farm's Deposition Subpoena Duces Tecum (Doc. #40). Neither party have provided sufficient information for the court to make a decision as to which documents are discoverable and which are privileged. Therefore, it is

ORDERED that on or before December 28, 2006, the parties shall supplement the record with sufficient information for the court to make a determination as to whether the documents are privileged or not. Court notes that a deposition is set for 15 December 2006. The parties are to not seek testimony or documentation which are the subject of this motion until the court has had an opportunity to review the information and make a decision.

The Court further notes that the parties have made no attempt to confer and resolve

this matter without the assistance of the court and shall attempt to do so to reach a resolution.

DONE this 14th day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE