IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW GUNNIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV268-MEF |
| | ) WO |
| STATE FARM, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Due to the representations made to the court in the defendant's Motion to Compel (Doc. #53) that the Plaintiff's attorney responded that the "responses were being completed.....", it is

ORDERED that the motion to compel is DENIED. A motion to compel is unnecessary at this time, and the parties should make a good faith effort to find out how much time is needed to conclude this dispute.

DONE this 22nd day of December, 2006.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE